UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

                **Plaintiff**                NOTICE OF APPEARANCE

   -against-                          Indictment No.: 1:15-CR-00066-LTS-1

**ILYA PETROV,**

                **Defendant.**
--------------------------------------------------------x

**To The Clerk of this Court and all parties of record:**

      **PLEASE TAKE NOTICE,** that I have been retained and enter my appearance as Counsel in this case for ILYA PETROV.  I certify that I am admitted to practice in this Court.

Dated: February 10, 2015

                                          *Jake LaSala*
                                          JAKE LASALA, ESQ.
                                          Bar No.: JL1939
                                          125-10 Queens Boulevard - Suite 320
                                          Kew Gardens, New York 11415
                                          (718) 261-7695
                                          Facsimile (718) 261-3482
                                          Email: JlaSalaEsq@aol.com