**EXHIBIT "A"**

# JAKE LASALA



ATTORNEY AT LAW

125-10 QUEENS BOULEVARD - SUITE 320
KEW GARDENS, NEW YORK 11415
TELEPHONE 1-(718) 261-7695
FACSIMILE 1-(718) 261-3482

February 10, 2015

*Sent by Email: russell.capone@usdoj.gov*

United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007

Attn: AUSA Russell Capone

      **Re:**    **USA vs. Ilya Petrov**
                  **Ind. #1:15-CR-00066-LTS-1**

Dear AUSA Capone:

     Pursuant to our telephone conversation, the following are the proposed sureties for review:

     1) Yelena Pilosova is the mother of Mr. Petrov's children and resides at 99-18 66th Avenue, Apt. 1D, Rego Park, New York 11374. Her social security number is 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. Her cellphone number is (917) 544-7313. Ms. Pilosova is a Speech and Language Pathologist and is employed at the Whitestone School for Child Development, located at 14-45 143rd Street, Whitestone, New York 11357 and at Logopedica Pediatric Center, located at 23-5 26th Street, Astoria, New York for the last seven (7) years. Her current salary is approximately $36,000.00 per annum.

     2) Tatyana Pilosova is the mother of Yelena Pilosova and resides at 61-12 99th Street, 3rd floor, Rego Park, New York 11374. Her social security number is 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 and her cellphone number is (917) 365-9646. Mrs. Pilosova is a Registered Nurse and is employed at Jamaica Hospital Medical Center, located at Van Wyck Expressway, Jamaica, New York for the last fifteen (15) years. Her current salary is approximately $70,000.00 per annum.

     3) Anna Pilosova, is the cousin of Yelena Pilosova and resides at 68-36 108th Street, Apt. B33, Forest Hills, New York 11375. Her social security number is 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 and her cellphone number is (917) 969-0522. Ms. Pilosova is employed at Cohen & Steers as a Senior Compliance Officer. Her current salary is approximately $125,000.00 per annum.

Page 2.............

4) Elizabeth Mashkabova is the childhood friend of both Ilya Petrov and Yelena Pilosova and resides at 102-15 65th Road, Forest Hills, New York 11375. Her social security number is 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 and her cellphone number is (917) 403-9633. Ms. Mashkabova is employed at Saks Fifth Avenue, located at 611 Fifth Avenue, New York, New York 10022 as a Salesperson in the Men's Department. Her current salary is approximately $100,000.00 per annum.

Also, during our conversation we discussed Mr. Petrov's interest in home confinement to alleviate any concerns the Government may have regarding the current situation, we are open to any suggestions the Government may have in order to accomplish his bail.

Please find enclosed herein several reference letters on behalf of Mr. Petrov, along with his Marine Discharge and Donation Receipts.

On a separate note, I should have a copy of the CD regarding the conversation we spoke about by early next week.

Upon receipt and review, please advise if you require any additional information or documentation.

Permit me to respectfully thank you in advance for your consideration in this matter.

Very truly yours,

JAKE LASALA

JL/sc
encs.

Your Honour,

I, Tatyana Pilosova, am Ilya Petrov's mother in law.

I know Ilya since he was fourteen years old.

Ilya was a good student, participated in various sports and after schools clubs. Ilya and my daughter Yelena Pilosova dated for ten years and afterwards got married. I was happy for them and blessed their union as I trusted Ilya and knew my daughter is in good hands.

Ilya is a good, honest and hard working man. He is a great husband and amazing father. He spends a lot of time raising and educating his daughter, who every day asks for her Dad.

Your Honour, please allow Ilya Petrov to be with his family because his wife and child really need him morally, emotionally and financially.

Sincerely,

Tatyana Pilosova

February 5th, 2015

Your Honour,

I have known Ilya Petrov since the time he started dating my cousin Yelena Pilosova, which is about seventeen years now. He quickly became a part of our big family, joining in on all of our holiday celebrations and traditional gatherings.

Ilya is one of the most reliable and generous people that I know. He regularly picks up his daughter, Nika and my nephew, Adam from day care thus making it easier on my sister, Anna Pilosova. Ilya also repeatedly donates to various Jewish organizations. I have always looked up to him because he was in active duty for the Marine Corps for four years.

I know Ilya as a very loving husband and an extremely caring father to his daughter Nika, who is now four and a half years old and who desperately misses and needs her dad.

Although Ilya is a member of our extended family, through his warmth and kind deeds he feels like a sibling to me. Our entire family loves him and we will continue to support him and wish him the best outcome for this case.

Should you need to verify any of my statements above, please feel free to call me at (917) 974-7299.

Sincerely yours,

Zena Pilosova, Family Member
65-84 Booth Street, apt. 3E
Rego Park, NY 11374
Occupation: Bookkeeper
Employer: Dana's LLC

Feb 6, 2015

TO YOUR HONOUR,

It had come to my attention that my very close friend Ilya Petrov has been arrested and charged with extortion. For all the years I have known Ilya Petrov, he has never shown any signs of these accusations. He has always been an exceptional friend, brother, father and husband.

I have known Ilya Petrov for over 10 years and I have <u>never</u> seen him get out of character. Meaning he has always been a sweet and caring person. As well as a mentor for a lot of the youth in our neighborhood in Forest Hills. He served in the marines and recruited a lot of his peers and mentored them throughout the years. He was always a person that I & many others looked up to and still do! He always helped keep the kids in our neighborhood out of trouble. He never bothered anyone and was always around to help those in need.

While being the youngest of two brothers, Ilya was more of the protective one. Always helping out the family whether it be financially or emotionally. They both had hard times due to the loss of their mother, while Ilya was still in the marines. Always

being selfless and putting others needs before his. Even as his mother passed he kept strong in order to keep his family together. There were a lot of rough times for him, but he always managed to rise above those times, and always in a positive light.

There was a point in my life where I had nowhere to turn to and nowhere to live because of certain circumstances. He was the only person to take me into his home and give me a roof over my head. He helped me put all of my personal problems in order and get back on my feet again. I don't know what would have happened to me if he wasn't around to help. I am one of the many people that depend on his moral support and I don't know what I would have done without him.

This is why I believe these accusations are false. Please have leniency on him, for his family and friends rely on him not only financially but emotionally. His guidance is very critical for his young daughter right now, she is very young and needs her father around. As do the rest of his family and friends!

Sincerly,
*[signature]* (Elizabeth Mashkabova)

February 2nd, 2015

Your Honour,

Ilya Petrov and I met seventeen years ago. We dated for a lengthy period of time and decided to get married in the year 2008. Currently, Ilya and I have a four year old daughter together.

As long as I know Ilya, he has demonstrated many strong traits and characteristics. He is honest, kind, responsible and supportive. Ilya is also a hard working man. He enrolled our daughter in art class at Gymboree and took her there each Sunday. Ilya also spent much of his time educating our daughter and playing various sports with her at the park.

Ilya was and is a great support system in our family as he encouraged me to obtain my Masters Degree and Teaching Lisence.

At this time, it is difficult for my daughter and I emotionally, morally and financially. I work part time as a Speech and Language Pathologist and can't afford many of our expenses.

Your Honour, please grant us the privilege to welcome Ilya Petrov home while these matters are being resolved as he is dearly missed and needed.

Sincerely,

Yelena Pitosova