**EXHIBIT "A"**

# The Bukharian Times

## «Бухарские Вести»

*The Voice of the Bukharian Jewish Community Center of the USA*

Голос бухарско-еврейской общины США

Address: 106-16 7- Avenue, Forest Hills, N.Y. 11375 Tel: (718) 261-1595, 261-2315, 261-1536, Fax: (718) 261-1564.

E-mail address: BukharianTimes@aol.com        www.BukharianTimes.org

February 1st, 2015

Your Honor,

I am acquainted with the Aronbayev/Petrov family for a lengthy period of time. I'm writing a character reference for Ilya Petrov who comes from a very well-known family of a father who was a director of children's theater and a mother who was a school teacher.

This family went through immigration hardships. However, despite all difficulties, Ilya was motivated and after completing high school, he became an auxiliary officer and afterwards he decided to serve in the United States Marines and received an honorable discharge.

Ilya also got accepted into the police force and attended John Jay College. With time, Ilya experienced great losses in his life as his mother passed away when he was in his early twenties. He then went to work to provide for his family as he married in 2008 and is currently a father to a 4 year old daughter. To my knowledge Ilya Petrov is a great man. He is generous, honest, hardworking and fair.

*Rafael Nektalov*

**Rafael B. Nektalov,**

An Editor-in-Chief of "The Bukharian Times" newspaper

State of NY
Queens County
Sworn before me
this 10th day of February, 2015

[Notary seal — commission expires 7/31/2018]

**Rabbi Mordechai German**
Congregation B'nai Israel

בס"ד
מרדכי גרמן
ק"ק בני ישראל

February 9, 2015

To Whom It May Concern:

Mr. Ilya Petrov has been a generous and active individual who has contributed greatly to our synagogue fund. He has donated over $1,000 to our organization within the last six months and is continuing to be dedicated to our cause.

If you have any further questions, please do not hesitate to contact me.

Sincerely yours,

Rabbi Mordechai German

Congregation B'nai Israel • 671 Louisiana Avenue, Brooklyn • New York 11239
Tel 718-642-8804 • Cell 973-800-8236 • Fax 718-642-4740



**American Friends of Yad Eliezer, Inc.**
**1102 East 26th Street ~ Brooklyn, NY 11210**
**Phone: 718.258.1580 ~ Fax: 718.252.0091**
**www.yadeliezer.org**

Anonymous                                                                 Nov 13, 2014

On behalf of all the recipients of Yad Eliezer assistance, thank you for your generosity. It is deeply appreciated and it will be put to wonderful use! May you continue to be able to care for the neediest and most vulnerable amongst us, and may you continue to have the capacity to care.

Sincerely,

Sori Tropper
Director

---

| | | |
|---|---|---|
| Tax Exempt ID#: 11-3459952 | **OFFICIAL RECEIPT** | Receipt No: 00439170 |
| D111111 | American Friends of Yad Eliezer, Inc.<br>1102 East 26th Street<br>Brooklyn, NY 11210 | Date: 11/13/2014<br>Cash |

**Thank you for your generous donation of $700.00**

Anonymous

*No goods or services were rendered in exchange for this contribution*

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| Field | Value |
|---|---|
| 1. NAME (Last, First, Middle) | ARANBAYEV, Ilya |
| 2. DEPARTMENT, COMPONENT AND BRANCH | USMC - 11 |
| 3. SOCIAL SECURITY NUMBER | 120  82  1693 |
| 4a. GRADE, RATE OR RANK | Cpl |
| 4b. PAY GRADE | E4 |
| 5. DATE OF BIRTH (YYYYMMDD) | 19821211 |
| 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) | 20080203 |
| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | 64-45 Booth Street Apt 507, Queens, NY 11374 |
| 7b. HOME OF RECORD AT TIME OF ENTRY | New York MEPS, Brooklyn, NY 11252-6700 |
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 1st Marine Corps District |
| 8b. STATION WHERE SEPARATED | Recruiting Station New York (RUC 80001) |
| 9. COMMAND TO WHICH TRANSFERRED | CG, MCRSC, 15303 Andrews Rd, Kansas City, MO 64147-1207 |
| 10. SGLI COVERAGE | AMOUNT: $250,000.00   NONE |

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)
0311 - Rifleman  03 yrs 08 mos
9916 - Recruiter Aide  03 yrs 00 mos

### 12. RECORD OF SERVICE

| | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2000 | 07 | 11 |
| b. SEPARATION DATE THIS PERIOD | 2004 | 07 | 10 |
| c. NET ACTIVE SERVICE THIS PERIOD | 04 | 00 | 00 |
| d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| f. FOREIGN SERVICE | 00 | 00 | 00 |
| g. SEA SERVICE | 00 | 00 | 00 |
| h. EFFECTIVE DATE OF PAY GRADE | 2001 | 09 | 01 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
National Defense Service Medal, Meritorious Mast, Rifle Qualification (Sharpshooter)

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)
SGT Non-Resident Program (T3W) PA 2004, Rifleman (031) PA 2000, Recruit Training, Male (808) PA 2000

15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM — NO (X)
15b. HIGH SCHOOL GRADUATE OR EQUIVALENT — YES (X)

16. DAYS ACCRUED LEAVE PAID   RL 0.0 SL 2.0

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION — YES (X)

18. REMARKS
Good Conduct Medal Period Commences: 20030509
Subject to active duty recall and/or annual screening.
While a member of the Marine Corps Reserve, you will keep the CG, MCRSC (Toll Free 1 (800) 255-5082) informed of any changes of address, marital status, number of dependents, civilian employment, or physical standards.
Not a final discharge.
Serial# 80001-2004-4012

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

19a. MAILING ADDRESS AFTER SEPARATION: 64-45 Booth Street Apt 507, Queens, NY 11374
19b. NEAREST RELATIVE: Simon Aranbayev (Father), 64-45 Booth Street Apt 507, Queens, NY 11374

20. MEMBER REQUESTS COPY 6 BE SENT TO   NY
DIRECTOR OF VETERANS AFFAIRS — YES (X)

21. SIGNATURE OF MEMBER BEING SEPARATED: /s/ Ilya Aranbayev
22. OFFICIAL AUTHORIZED TO SIGN: M. D. Johnson, SSgt, Admin Chief

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| Field | Value |
|---|---|
| 23. TYPE OF SEPARATION | Released from active duty |
| 24. CHARACTER OF SERVICE | HONORABLE |
| 25. SEPARATION AUTHORITY | MARCORSEPMAN par 1005 |
| 26. SEPARATION CODE | MBK1 |
| 27. REENTRY CODE | RE-1A |
| 28. NARRATIVE REASON FOR SEPARATION | Completion of Required Active Service |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | None |
| 30. MEMBER REQUESTS COPY 4 (Initials) | I.A. |

DD FORM 214, FEB 2000    PREVIOUS EDITION IS OBSOLETE.    SERVICE - 2

GS-5 L. Coleman   20011230    CERTIFIED A TRUE COPY



# Honorable Discharge

from the Armed Forces of the United States of America

This is to certify that

SERGEANT ILYA ARANBAYEV 1693

was Honorably Discharged from the United States Marine Corps on the 3RD day of FEBRUARY 2008. This certificate is awarded as a testimonial of Honest and Faithful Service

A. B. Davis
Major General, USMCR
Commanding General

DD 256 MC 1 MAY 50 SN:0102-LF-002-3901



**UNITED STATES MARINE CORPS**
MARINE CORPS MOBILIZATION COMMAND
15303 ANDREWS RD.
KANSAS CITY, MO 64147-1207

IN REPLY REFER TO:
IRRD
10-Apr-2008

DEAR SGT ILYA ARANBAYEV,

This discharge certificate is a testimonial of your honorable service. It signifies that you have served in a proficient and industrious manner in the defense of your country. No greater honor accrues to any citizen.

On behalf of the Commandant of the Marine Corps, please accept the gratitude of our great nation and best wishes in your future endeavors.

A. B. Davis
Major General, USMCR
Commanding General

ILYA ARANBAYEV
64-45 BOOTH ST APT#507
REGO PARK NY 11374