UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                                                                    No. 15-CR-66-LTS

ILYA PETROV (1),

            Defendant.

-------------------------------------------------------------X

## ORDER

The Clerk of Court is directed to withdraw from the public record the two exhibits that are attached to defense counsel's letter, which is dated February 23, 2015 (docket entry no. 13).

Defense counsel must file promptly a version of these documents with the personal identifiers and financial information redacted.

SO ORDERED.

Dated: New York, New York
       February 25, 2015

                                                                 LAURA TAYLOR SWAIN
                                                                United States District Judge