UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

UNITED STATES OF AMERICA        :
                                   :    Docket No.: 15-CR-66 (LTS)

     -v-                               :
                                   :

ILYA PETROV, and                   :
SUREN GADAYEV                 :
                                   :

              Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       PLEASE TAKE NOTICE THAT, upon the memorandum of law and the accompanying

Declaration of Eric M. Creizman, with exhibits, Defendant Ilya Petrov will move this Court

before The Honorable Laura Taylor Swain, at the United States District Court for the Southern

District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be

determined by the Court, for an order granting Petrov's pretrial motions: (i) for a severance

under Fed. R. Crim. P. 14(a) and (ii) to suppress his post-arrest statements, which were elicited

in violation of his *Miranda* rights.

Dated: New York, New York                  /s/ Eric M. Creizman_____
       May 15, 2015                         Eric M. Creizman (EC 7684)
                                               Melissa Madrigal (MM
                                               CREIZMAN PLLC
                                               565 Fifth Avenue, Fl. 7
                                               New York, New York 10017
                                               Tel.: (212) 972-0200
                                               Fax: (646) 200-5022
                                               Email: ecreiz@creizmanllc.com

                                               *Attorneys for Ilya Petrov*