UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :

UNITED STATES OF AMERICA     :

                                                    :   Docket No.: 15-CR-66 (LTS)

   -v-                                               :

ILYA PETROV, and                        :
SUREN GADAYEV                         :

           Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I, ERIC M. CREIZMAN, hereby declare under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice in the courts of the State of New York and before this Court. I represent Ilya Petrov in the above-captioned matter, and submit this declaration in support of Mr. Petrov's omnibus pretrial motions: (i) for a severance under Fed. R. Crim. P. 14(a); and (ii) to suppress his post-arrest statements, which were elicited in violation of his rights under *Miranda v. Arizona*, 386 U.S. 436 (1966).

2. Annexed hereto as Exhibit A is a true and correct copy of the FBI's Arrest Log form relating to the arrest of Ilya Petrov on January 26, 2015.

3. Annexed hereto as Exhibit B is a true and correct copy of the FBI Form FD-395 relating to the post-arrest interview of Ilya Petrov.

4. The descriptions of Petrov's conversation with the Confidential Informant and his post-arrest statement in the accompanying memorandum of law are derived from my review of the recordings produced by the government in discovery.

5. The description of Gadayev's post-arrest statement in the accompanying memorandum of law is derived from my review of the recording of Gadayev's post-arrest statement.

I hereby declare the foregoing is true and correct to the best of my ability and knowledge.

Dated: New York, New York  /s/ Eric M. Creizman
May 15, 2015  Eric M. Creizman