**ARREST LOG**

| | |
|---|---|
| SUBJECT : | ILYA PETROV |
| ARRESTING AGENTS : | |
| PLACE OF ARREST : | 99-18 66th Ave, Apt 1D, Rego Park, NY, 11374 |
| DATE OF ARREST : | 01/26/2015 |
| TIME OF ARREST : | 0710 |
| TIME ADVISED OF RIGHTS :(ORAL 0820 HRS ) (FD-395 0830 HRS) : | |
| ADVISING AGENT : | Dominick Jaworski |
| TIME SUBJECT SIGNED WAIVER OF RIGHTS : | N/A |
| TIME SUBJECT TRANSPORTED TO FBI OFFICE : | 07:15 AM |
| TIME SUBJECT ARRIVED AT THE FBI OFFICE : | 07:45 AM |
| TIME SUBJECT FINGERPRINTED AND PHOTOGRAPHED : | 11:00 |
| TIME PEDIGREE TAKEN : | 0825 HRS |
| TIME INTERVIEW BEGAN : | ~~0820~~ 0951 |
| TIME SIGNED STATEMENT : | |
| TIME INTERVIEW CONCLUDED : | ~~0902~~ 1002 |
| TIME SUBJECT TRANSPORTED FOR HEARING /INCARCERATION : | 12:19 |
| TIME SUBJECT ARRIVED AT COURT/JAIL : | 12:31 |
| PLACE OF INCARCERATION : | |
| SUBJECT TURNED OVER TO CUSTODY OF : | |
| SUBJECT APPEARED BEFORE US MAGISTRATE : | |
| RESULT OF HEARING | |

SPECIAL AGENT, FBI

0952 = Atty