UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :

            - v. -                      :    **SUPERSEDING INFORMATION**

ILYA PETROV,                            :    S1 15 Cr. 66 (LTS)
    a/k/a "Soldat,"
                                        :
                Defendants.
                                        :

- - - - - - - - - - - - - - - - - - X

COUNT ONE

The United States Attorney charges:

1. From in or about November 2014, up to and including in or about January 2015, in the Eastern District of New York, ILYA PETROV, a/k/a "Soldat," the defendant, knowingly, with intent to extort from a person, firm, association, and corporation, money and another thing of value, transmitted in interstate commerce a communication containing a threat to injure the reputation of the addressee and of another, to wit, PETROV engaged in phone calls in interstate commerce to another person (the "Victim") in which he threatened to injure the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 2 2015

reputation of the Victim in order to extort money from the Victim in connection with a real estate transaction.

(Title 18, United States Code, Section 875(d))


                                            */s/ Preet Bharara*
                                        PREET BHARARA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ILYA PETROV, a/k/a "Soldat,"

Defendant.

SUPERSEDING INFORMATION

S1 15 Cr. 875 (LTS)

(18 U.S.C. § 875)

PREET BHARARA
United States Attorney.