UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

       -v-

ILYA PETROV (1)

                Defendant.

-------------------------------------------------------x

No. 15CR66-LTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 9-10-2015

**ORDER**

ORDERED that pursuant to sentence of time served imposed today, the defendant Ilya Petrov is discharged from the custody of the U.S. Marshals Service.

SO ORDERED.

Dated: New York, New York
      September 8, 2015

_____
LAURA TAYLOR SWAIN
United States District Judge